# EXHIBIT "A"

# TRANSLATION OF MEXICAN BIRTH CERTIFICATE

DATE FILED  7-9-1945.

LOCATION  El Rancho La Puerta, Matamoros, Mx.

NAME ON RECORD  Juan Garcia Abrego

DATE OF BIRTH  9-13-1944

PLACE OF BIRTH  El Rancho La Puerta, Matamoros, Mx.

RELATIONSHIP OF PERSON WHO FILED BIRTH RECORD

FATHER  Albino Garcia

MOTHER  Estela Abrego

NOTATIONS  —

DATE ISSUED  7-12-1993

 

EN NOMBRE DEL ESTADO LIBRE Y SOBERANO DE TAMAULIPAS Y COMO OFICIAL DEL REGISTRO CIVIL CERTIFICO QUE EN EL ARCHIVO DEL REGISTRO CIVIL EN MATAMOROS SE ENCUENTRA ASENTADA UN ACTA LEVANTADA POR EL C. OFICIAL GIL GIL . QUE CONTIENE LOS SIGUIENTES DATOS :

# ACTA DE NACIMIENTO

| | | | |
|---|---|---|---|
| OFICIALIA : 1 | LIBRO No. 6 | ACTA No. 1136 | CRIP : ===== |
| CURP : ===== | | FECHA DE REGISTRO : 09/07/1945 | |

LUGAR DEL REGISTRO : **MATAMOROS, TAMAULIPAS**

NOMBRE : **JUAN GARCIA ABREGO**              SEXO : **MASCULINO**

FECHA DE NACIMIENTO : **13/09/1944**   HORA DE NACIMIENTO : **02:00**   COMPARECIO : **PADRE**   PRESENTADO : **VIVO**

LUGAR DE NACIMIENTO : **R. LA PUERTA ESTE MPIO . . .**

CERTIFICADO NACIMIENTO : **=====**

NOMBRE DEL PADRE : **ALBINO GARCIA C.**   NACIONALIDAD : **MEXICANA**   EDAD : **30 AÑOS**

NOMBRE DE LA MADRE : **ESTELA ABREGO**   NACIONALIDAD : **MEXICANA**   EDAD : **24 AÑOS**

SE EXTIENDE ESTA CERTIFICACION, EN CUMPLIMIENTO DEL ARTICULO 31 DEL CODIGO CIVIL VIGENTE DEL ESTADO DE TAMAULIPAS, EN MATAMOROS A LOS 20 DIAS DEL MES DE JUNIO DEL 2013. DOY FE.

COTEJADO

SELLO DEL REGISTRO CIVIL



06305

Gobierno del Estado de Tamaulipas
Secretaría del Trabajo y Asuntos Jurídicos
OFICIALIA 1a DE MATAMOROS

C.P. MIGUEL GONZALEZ MEDRANO