# EXHIBIT "B"

# DELAYED CERTIFICATE OF BIRTH

TEXAS DEPARTMENT OF HEALTH — BUREAU OF VITAL STATISTICS

VS-122, REV. 1/60

CERTIFICATE NO. 59895 / 100741

| Field | Value |
|---|---|
| 1a. Name — First | JUAN |
| 1b. Middle | |
| 1c. Last | GARCIA |
| 2. Date of Birth | SEPT. 13th., 1944 |
| 3. Color or Race | WHITE |
| 4. Sex | MALE |
| 5a. City or Town of Birth | LA PALOMA |
| 5b. County of Birth | CAMERON COUNTY, TEXAS |

**MOTHER**
- Full Name: First — ALBINO; Middle —; Last — GARCIA
- 7. State or Country of Father's Birth: MEXICO
- Maiden Name: First — ESTELA; Middle —; Last — ABREGO
- 9. State or Country of Mother's Birth: MEXICO

**AFFIDAVIT [Seal]**
I hereby declare upon oath that the above statements are true to the best of my knowledge and belief.
Subscribed and sworn to before me on AUGUST 21st., 19 64

10. Signature of Registrant
11. Present Address of Registrant [Street Address, City and State]: H. MATAMOROS, TAMPS., MEXICO
12. Signature of Notary Public
13. Notary Public Commission Expires: June 1st., 1965

**SUPPORTING DOCUMENT 1**
- Type of Document: Cert. of Baptismal Record, St. Benedict Church
- Date of Birth: 9-13-1944
- Place of Birth: La Paloma, Texas
- By Whom Issued and Signed: Pastor, San Benito, Texas
- Full Name of Mother: Estela Abrego
- Name of Father: —
- Date Issued: 5-12-1962
- Date Original Entry: 11-25-1945

**SUPPORTING DOCUMENT 2**
- Type of Document: Cert. of School Record, Mercantil de Matamoros
- Date of Birth: 9-13-1944
- Place of Birth: La Paloma, Texas
- By Whom Issued and Signed: H. Matamoros, Tamps., Mexico Principal,
- Full Name of Mother: Estela Abrego
- Name of Father: Albino Garcia
- Date Issued: 6-13-1964
- Date Original Entry: 1954

**SUPPORTING DOCUMENT 3**
- Type of Document: Estela A. de Garcia (13-V-14) #164 H. Matamoros
- Date of Birth: 9-13-1944
- Place of Birth: La Paloma, Texas
- By Whom Issued and Signed: H. Cascos, Cameron Co., N.P., Texas
- Full Name of Mother: Estela Abrego
- Name of Father: Albino Garcia
- Date Issued: 5-18-1965 Rec'd 5-14-1965
- Date Original Entry: 

**SUPPORTING DOCUMENT 4**
- Date of Birth:
- Place of Birth:
- By Whom Issued and Signed:
- Full Name of Mother:
- Name of Father:
- Date Issued:
- Date Original Entry:

**QUALIFYING INFORMATION**
Doc. 2: Translated by Hector Cascos, N.P., Cameron Co., Texas.
Doc. 3: Tamps., Mexico.

**STATE REGISTRAR'S CERTIFICATION**
I hereby certify that the documentary evidence, abstracted above, has been reviewed and that it substantiates the facts as set forth regarding this registrant.
[Rule 51a, Article 4477, Revised Civil Statutes of Texas]
Evidence Reviewed by
State Registrar
Date Filed May 18, 1965

---

CERTIFY THAT THE ABOVE IS A FULL, TRUE AND CORRECT PHOTO-COPY
TH CERTIFICATE OF   JUAN GARCIA
FOR RECORD IN THIS OFFICE THE 29   DAY OF   March                 ,
19 65   ,
HE   3rd   DAY OF   March                   , 19   76   A.D.

BELATED RECORDS
27 #59895

JOE G. RIVERA, COUNTY CLERK
CAMERON COUNTY, TEXAS

By _____
            DEPUTY
Doris E. Martinal