# EXHIBIT "C"



TEXAS HEALTH AND HUMAN SERVICES COMMISSION

ALBERT HAWKINS
EXECUTIVE COMMISSIONER

Office of Inspector General - Internal Affairs
**BVS Anti-Fraud Unit**

June 30, 2004

BLANCA ESTELA GARCIA
305 AMISTOSA M 201 15
BROWNSVILLE TEXAS 78520

Re: Garcia, Juan
      D.O.B 09-13-1944
      Cert# 100741-ND
      Remit# M954101 (06-14-04)

Dear Sir:

In accordance with the provisions of Section 1991.057, Health and Safety Code,
you are hereby notified that I refuse to issue the requested copy of the birth record
of Juan Garcia DOB 09-13-1944, in Cameron County, Texas, for which you have
made application.

**REASON FOR REFUSAL:** We have received a Mexican Birth Record which
states the individual was born at La Puerta Ranch, Matamoros, Mexico.

You have an opportunity for a fair hearing before the Texas Department of Health
to determine if there is evidence to support the State Registrar's proposed action.
**If you desire a fair hearing, you must submit a written request for a fair
hearing within 20 working days after receiving this Notification of Refusal.**

**Failure to request a hearing within the 20 days** for making such a request, shall
be deemed as your desire to **waive your rights to a hearing** and **action** for the
refusal shall be **deemed valid.**

The $11.00 fee submitted has been deposited into the State Treasury to cover the
cost of searching our files. If you need any assistance, please call Teresa Bates at
(512) 458-7508.

Debra F. Owens, State Registrar/Chief
Bureau of Vital Statistics
1-888-963-7111

P. O. Box 13247   •   Austin, Texas  78711   •   4900 North Lamar, Austin, Texas  78751