# EXHIBIT "D"

DOCKET NO. A19952-550-2012

| | | |
|---|---|---|
| IN THE MATTER OF THE REFUSAL | § | BEFORE THE |
| OF THE STATE REGISTRAR TO ISSUE | § | DEPARTMENT OF |
| A CERTIFIED COPY OF | § | STATE HEALTH |
| TEXAS DELAYED CERTIFICATE OF | § | SERVICES |
| BIRTH NO. 100741 | § | |
| JUAN GARCIA | § | |

©COPY

**ORDER**

The undersigned designee of the Commissioner, having considered the evidence received in this matter is of the opinion that the State Registrar should **NOT** issue a certified copy of the birth certificate of Juan Garcia as requested. The Addendum attached to Texas Delayed Certificate of Birth No. 100741 should **NOT** be removed, as conflicting information received by the State Registrar concerning that certificate was **NOT** rebutted, and **IT IS ORDERED.**

Done at Austin, Travis County, Texas on this the 13th day of March 2013.

Elaine Snow
Hearing Examiner