IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Juan Abrego Garcia, | § | |
| a/k/a/ Juan Garcia, | § | |
|    *Plaintiff*, | § | |
| | § | |
| vs. | § | Civil Action No. 1:14-CV-159 |
| | § | |
| Jeh Johnson, Secretary of Homeland | § | |
| Security; John Kerry, Secretary of State; | § | |
| David Lakey, Texas Department of State | § | |
| Health Services; United States of America, | § | |
|    *Defendants*. | § | |

## ORDER

On this date, the Court considered the request of Erika M. Kane, counsel for Defendant David Lakey, to appear by telephone for the initial pre-trial and scheduling conference in the above-styled case. [Doc. No. 17]. After considering the request, the Court is of the opinion that it should be granted. Erika M. Kane, counsel for Defendant David Lakey, may appear by telephone for the initial pre-trial and scheduling conference to be held at 1:30 p.m. on Tuesday, February 3, 2015.

SIGNED this 27th day of January, 2015.

Andrew S. Hanen
United States District Judge