IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JUAN GARCIA ABREGO, a/k/a
JUAN GARCIA

    Plaintiff/Petitioner,

Civil Action No.: B-1:14-CV-00159

V.

JEH C. JOHNSON, Secretary of the
    Department of Homeland Security;
    JOHN F. KERRY, Secretary of State;
    DAVID LAKEY, Texas Department
    of State Health Services; and THE
    UNITED STATES OF AMERICA,

    Defendants/Respondents

**1.**
**PLAINTIFF JUAN GARCIA ABREGO's**
**UNOPPOSED MOTION FOR CONTINUANCE**

TO THE HONORABLE JUDGE:

    COMES NOW, JUAN GARCIA ABREGO, and respectfully moves the Court for an order continuing his deadline to file his Amended Petition for Declaratory Judgment. In support of this motion, JUAN GARCIA ABREGO would show the Court as follows:

**I.**

    Plaintiff is requesting a 10 days extension to file his Amended Petition for Declaratory Judgment.

## II.

Counsel for the Plaintiff conferred with Elianis Perez about this motion on February 13, 2015.

Plaintiff prays that the Court enter an order extending the deadline to submit an Amended Petition for Declaratory Judgment of this cause for 10 days.

Respectfully Submitted,

s/Fred A. Kowalski
FRED A. KOWALSKI
Texas State Bar Number: 24010914
Federal ID: 25490
902 East Madison Street
Brownsville, Tx 78521
Telephone:  (956) 544-1811
Fax:  (956) 550-8760

Attorney for the Defendant,

## **CERTIFICATE OF SERVICE**

I certify that a true and exact copy of the Plaintiff JUAN GARCIA ABREGO's Motion for Continuance was send via email to Elianis Perez, on the 13th day of February 2015.

                                              s/Fred A. Kowalski
                                              FRED A. KOWALSKI

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JUAN GARCIA ABREGO, a/k/a
JUAN GARCIA

    Plaintiff/Petitioner,

Civil Action No.: B-1:14-CV-00159

    V.

JEH C. JOHNSON, Secretary of the
    Department of Homeland Security;
    JOHN F. KERRY, Secretary of State;
    DAVID LAKEY, Texas Department
    of State Health Services; and THE
    UNITED STATES OF AMERICA,

    Defendants/Respondents

## 1.
## ORDER ON PLAINTIFF JUAN GARCIA ABREGO'S UNOPPOSED MOTION FOR CONTINUANCE

Plaintiff's JUAN GARCIA ABREGO's Motion for Continuance is hereby:

_____  GRANTED

_____  DENIED

Signed in BROWNSVILLE, Texas on this the _____ day of _____ _____, 2015.

_____
United States District Judge